STEVEN W. MYHRE, CSBN 9635
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIA ANNE MCDONALD, | CIVIL NO. 2:17-cv-01445-RFB-NJK |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Mia Anne McDonald (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty-five (35) days to deliver her Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is November 15, 2017. The new due date will be December 20, 2017. The parties further stipulate that all other dates will be extended accordingly, and Plaintiff's reply will be due to Defendant by January 9, 2018.

    This is the second extension of time requested by Defendant in the above-captioned matter. Defendant requests this extension because this case was recently transferred to another attorney with a heavy workload and has not had sufficient time to fully consider the issues in this case. This request is made in good faith with no intention to unduly delay the proceedings. Counsel for Defendant conferred

Stip. & Prop. Order for Ext.; 17-1445    1

with Plaintiff's counsel, who has no opposition to this motion, on March 20, 2017. It is therefore respectfully requested that Defendant be granted a thirty-five (35) day extension of time to respond to Plaintiff's motion, up to and including December 20, 2017.

Respectfully submitted,

Dated: November 13, 2017

By: */s/ Joshua R. Harris* *
JOSHUA R. HARRIS
Richard Harris Law Firm
(*by email authorization on 11/13/17)

Dated: November 13, 2017

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By: */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATE: November 14, 2017