UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIA ANNE MCDONALD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-01445-RFB-NJK<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 24) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered August 22, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see* also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 5, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1

1    IT IS THEREFORE ORDERED that the Report and Recommendation (ECF No. 24) is
2    ACCEPTED and ADOPTED in full.
3    IT IS FURTHER ORDERED that the Commissioner's countermotion to affirm (Docket
4    No. 19) and supplemental motion for summary judgment (Docket No. 22) are DENIED, and that
5    this case is REMANDED for further proceeding.
6    The Clerk of Court is directed to serve a copy of this Order upon Plaintiff

DATED this 21st day of September, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE